Dismissed and Memorandum Opinion filed November 5, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00536-CV

____________

 

TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellant

 

V.

 

CHRISTOPHER DANIEL HOGAN, Appellee

 



On Appeal from the
County Civil Court at Law No. 3

Harris County,
Texas

Trial Court Cause
No. 926,481



 

MEMORANDUM
OPINION

This is
an appeal from a judgment signed May 6, 2009.  On October 20, 2009, appellant
filed a motion to dismiss the appeal stating it no longer wishes to pursue the
appeal. See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Yates, Frost, and Brown.